*E-Filed 8/31/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY M. MIRANDA, | No. C 11-3749 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. CATE, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not paid the filing fee, and his IFP application is incomplete, plaintiff having submitted an unsigned Certificate of Funds, and having failed to file a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing (1) a filled-out Certificate of Funds signed by an authorized prison officer, **and** (2) a prison trust account statement showing transactions for the last six months. Plaintiff's application to proceed IFP (Docket No. 4) is DENIED without prejudice. The Clerk shall terminate Docket No. 4, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 31, 2011

RICHARD SEEBORG
United States District Judge